MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *MONK STUART*

Case No. 3:03-cr-00173 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  March 28, 2006

     The reference of the motion at docket 37 to Magistrate Judge Roberts is hereby **WITHDRAWN**.

     The court has examined defendant's 28 U.S.C. § 2255 motion at docket 37 as amended by counsel for Mr. Stuart at docket 61.  The court has also reviewed the opposition filed by the United States at docket 62.  The *Booker* and *Blakely* decisions relied on by defendant do not apply retroactively to cases on collateral review.  The court agrees with the points and authorities set out at docket 62.  Based thereon, the motion at docket 37, as amended, is **DENIED**.