UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Case Number 3:04-cv-00179-JWS
[3:03-cr-00173-JWS]

MONK STUART,
    Defendant.

**JUDGMENT IN A CIVIL CASE**

____ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED: **REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

Date: 3-28-06

Ida Romack
Clerk of Court

Pam Richter
(By) Deputy Clerk

[03cr173JWS-2255judg.wpd]